ACCEPTED
01-15-00501-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 10:48:12 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00501-CR

In the First Court of Appeals
At Houston, Texas

MARCO JIMENEZ

V.

THE STATE OF TEXAS

On State's Appeal from
The 10th District Court of
Galveston County, Texas

No. 13CR1173

MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLEE'S BRIEF
(Unopposed)

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/14/2015 10:48:12 AM

CHRISTOPHER A. PRINE
Clerk

TO THE HONORABLE FIRST COURT OF APPEALS

Marco Jimenez, Appellant, would show as follows:

1. Appellant's Brief was due on September 10, 2015.

2. This is Appellant's first Motion for Extension.

3. This Motion for Extension is **unopposed**.

4. An extension of 30 days is requested, to and including October 13, 2015.

5. Good cause exists for the requested extension. In the past thirty days the undersigned counsel has been heavily engaged in other trial and briefing projects, including:

A. Completion and filing of Appellee's Brief in No. 14-14-01020-CV, *Mariano Diaz v. Kevin Johnson et al* (filed September 7, 2015);

B. Filing Motion for Summary Judgment in No. 14CV1266; *Stewart Beach Condominium Homeowners Association, Inc. v. Gili N Props et al*; In the 122nd District Court (filed September 7, 2015);

C. Jury Trial in Case No. 13CR1022; *State of Texas v. Rolando Garza* (trial commenced on August 24, 2015 and concluded by Plea on August 25, 2015 following jury selection).

D. In No. 01-15-00583-CV; *Hon. Mark Henry v. Hon. Lonnie Cox*; filing Objection to Motion to Abate in Accelerated Appeal (filed August 4, 2015)

E. In No. 01-15-00583-CV; *Hon. Mark Henry v. Hon. Lonnie Cox*; filing Objection to Second Motion to Extend time for Brief in Accelerated appeal (Motion Filed August 20, 2015.

F. Additionally, in the trial court in No. 15CV0583, *Hon. Lonnie Cox v. Hon. Mark Henry*, developments during the week of August 31-September 4 which will require the filing in No. 01-15-00583-CV of a Motion or Original Proceeding seeking emergency relief. It is anticipated that such a motion may be filed as early as September 11, 2015.

G. Also in No. 01-15-00583-CV, *Hon. Mark A. Henry v. Lonnie Cox*; Appellant's brief was filed on September 4, 2015, and this counsel will attempt to file Appellee's Brief on or before the 20 day deadline of September 24, 2015.

## Prayer

Appellant prays that this court grant an extension to and including Monday, Tuesday, October 13, 2015 in which he may file his Brief herein.

Respectfully submitted,
*/s/ Mark W. Stevens*
Mark W. Stevens
TBN 19184300
PO Box 8118
Galveston, Texas 77553
409.765.6306
Fax 409.765.6469

Email: markwandstev@sbcglobal.net
Counsel for Appellant Marco Jimenez

Certificate of Conference

I certify that I have conferred with the office of State's counsel, Ms. Rebecca Klaren, of the Galveston County District Attorney's office on September 8, 2015, and am advised the State does not oppose this motion for extension.

*s/ Mark W. Stevens*
Mark W. Stevens

Certificate of Service

A true and correct copy of the foregoing instrument was served on Ms. Rebecca Klaren, ADA, via email/pdf on September 11, 2015.

*s/ Mark W. Stevens*
Mark W. Stevens

Certificate of Compliance

The applicable portions of the foregoing instrument contain 344 words.

*s/ Mark W. Stevens*
Mark W. Stevens